IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANGELA RICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-039 |
| | ) | |
| HARRY B. JAMES, III, Individually and in his Official Capacity as Judge of Richmond County Probate Court, and CITY OF AUGUSTA, GA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**
_____

Defendants filed motions to dismiss Plaintiff's amended complaint on November 17, 2017, and December 15, 2017, (doc. nos. 30, 35), and requested a stay of discovery pending the Court's ruling on the motions (doc. no. 36). The Court granted a stay of discovery pending the presiding District Judge's ruling on the motions to dismiss. (Doc. no. 38.) The Court instructed the parties to "file, within seven days of the ruling, a supplemental Rule 26(f) Report containing proposed, date-certain deadlines for the completion of all discovery and filing civil motions." (Id. at 2.) On May 10, 2018, the presiding District Judge granted in part and denied in part Defendants' motions to dismiss. (Doc. no. 39.)

More than seven days have passed since the presiding District Judge's ruling, yet the parties have not submitted a proposed schedule. Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a

joint 26(f) Report within seven days of the date of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 18th day of May, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA