IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANGELA RICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-039 |
| | ) | |
| HARRY B. JAMES, III, Individually and in his Official Capacity as Judge of Richmond County Probate Court, and CITY OF AUGUSTA, GA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The Court **GRANTS** Plaintiff's motion to withdraw her motion to compel, (doc. no. 49), and **DIRECTS** the Clerk of Court to **TERMINATE** the motion to compel, (doc. no. 45), from the motions report.

SO ORDERED this 30th day of August, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA