# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **1:17cv039**

DATE **October 7, 2020**

TITLE **Angela Rice v Harry B. James III and Augusta, GA**

TIMES **15 hours**

Honorable : **Brian K. Epps, United States Magistrate Judge**

Courtroom Deputy : **Courtnay Capps**

Court Reporter : **FTR**

| Plaintiff | Defendant |
|---|---|
| **Attorney Alfreda Sheppard**<br>**Attorney Louis Hatcher**<br>**Angela Rice, Plaintiff** | **Defendant Henry James:**<br>**Attorney Robert (Bo) Hunter**<br>**Judge Harry James**<br>**Henry James**<br><br>**Defendant City of Augusta**<br>**Attorney Geoffrey Alls** |

PROCEEDINGS: **Mediation -**

☐ In Court
☑ In Chambers

NOTES:

Settlement conference held. Case settled.
Final settlement agreement signed on or before October 21, 2020.
Dismissal filed on or before October 22, 2020.