IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
ANGELA RICE,                          *
                                      *
     Plaintiff,                       *
                                      *
          v.                          *      CV 117-039
                                      *
HARRY B. JAMES, III,                  *
Individually and in his               *
Official Capacity as Judge of         *
Richmond County Probate Court;        *
and CITY OF AUGUSTA, GA,              *
                                      *
     Defendants.                      *
```

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 76.) Plaintiff and Defendants consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 16th day of November, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA